UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JONATHAN MANGEL,

                Plaintiff,

    v.                               **STIPULATION SELECTING MEDIATOR**

CRANESVILLE BLOCK CO., INC.,        Civil Action No. 1:25-cv-00095

                Defendant.

IT HEREBY IS STIPULATED AND AGREED, by and between all parties to this action, that Hon. Carol Heckman has been selected to serve as Mediator for this action. The parties have contacted Judge Heckman, confirmed her availability, and are in the process of selecting a date for mediation.

IT IS FURTHER STIPULATED AND AGREED, that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

Dated: June 13, 2025

| HARMAN GREEN, LLC | BOND, SCHOENECK & KING, PLLC |
|---|---|
| By:   */s/ Evan K. Richardson* | By:  */s/ Hannah K. Redmond* |
|       Evan K. Richardson, Esq. |       Hannah K. Redmond, Esq. |
|       Walker G. Harman, Jr., Esq. |       Adam P. Mastroleo, Esq. |
| 140 Broadway, Floor 46 | One Lincoln Center |
| New York, New York 10005 | Syracuse, New York 13202-1355 |
| 824 Exposition Ave., Suite 8 | Telephone: (315) 218-8000 |
| Dallas, Texas 75226 | Email:  hredmond@bsk.com |
| (646) 248-2288 | |
| Email: erichardson@theharmanfirm.com | *Attorneys for Defendant* |
|        wharman@theharmanfirm.com | |
| *Attorneys for Plaintiff* | |